## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| **DJUANA JERVEY,** | * |
|     **Plaintiff,** | * |
| v. | *      **Civil Case No.: RDB -05-CV-488** |
| **ATLANTIC NATIONAL TRUST, LLC** | * |
|     **Defendant.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S NOTICE OF SERVICE
### OF STANDING ORDER CONCERNING REMOVAL

Defendant, Atlantic National Trust, LLC ("Atlantic"), by its attorneys, Troy C. Swanson and Cohen & Swanson, P.C. certifies that on this 23nd day of February 2005, Defendant served a copy of this Court's Standing Order Concerning Removal dated February 22, 2005 to:

Jeffrey P. Nesson
11421 Reisterstown, Road
Owings Mills, MD 21117
Attorney for Plaintiff

 

/s/ Troy C. Swanson
Troy C. Swanson, Bar No. 05806
Cohen & Swanson, P.C.
1220 East Churchville Road.
Suite 300
Bel Air, MD 21014
(410) 420-0700

Attorneys for Defendant
Atlantic Trust, LLC