IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **DJUANA JERVEY,** | * |
| **Plaintiff,** | * |
| v. | *   **Civil Case No.: RDB -05-CV-488** |
| **ATLANTIC NATIONAL TRUST, LLC** | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ATTORNEY CERTIFICATE OF
DEFENDANT'S DISCLOSURE OF CORPORATE INTEREST**

I certify, as counsel in this case, that Defendant Atlantic National Trust, LLC. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

/s/ Troy C. Swanson
Troy C. Swanson, Bar No. 05806
Cohen & Swanson, P.C.
1220 East Churchville Road.
Suite 300
Bel Air, MD 21014
(410) 420-0700
**Attorneys for Defendant**

I, Troy C. Swanson, certify that on this 23rd day of February 2005, I served the foregoing Defendants Certificate of Corporate Disclosure via UNITED STATES FIRST CLASS MAIL, POSTAGE PREPAID to:

Jeffrey P. Nesson
11421 Reisterstown, Road
Owings Mills, MD 21117
Attorney for Plaintiff

    /s/ Troy C. Swanson
Troy C. Swanson