## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

December 12, 2005

Jeffrey P. Nesson, Esquire
11421 Reisterstown Road
Owings Mills, Maryland 21117

Troy C. Swanson, Esquire
Cohen & Swanson PC
1220 East Churchville Road
Suite 300
Bel Air, Maryland 21014

> Re:   Djuana Jervey v. Atlantic National Trust, LLC
>       Civil Action No.: BPG-05-0488

Dear Counsel:

The above referenced case was referred to me for all proceedings pursuant to 28 U.S.C. §636(c) on December 6, 2005.

I understand that your clients consent to proceed before a Magistrate Judge. The case file, however, does not contain written consent from all of the parties. Accordingly, appropriate consent forms should be accessed on the court's website: www.mdd.uscourts.gov by going to "Policies and Publications," clicking on "Forms," and select the form "Consent to Proceed Before U.S. Magistrate Judge." Your electronic form should then be electronically filed.

The case was also referred to Magistrate Judge Gauvey for a settlement conference. I understand Judge Gauvey has set this matter in for a settlement conference on Tuesday, February 28, 2006. In the event that the case does not settle at the conference, I am scheduling a telephone status/scheduling conference for Thursday, March 2, 2006 at 9:30 a.m. If the case should settle, obviously the conference call will be cancelled. The Court requests that Mr. Nesson, counsel for plaintiff, initiate the call.

Please note that my name should be used on all further correspondence and filings with the Court as noted above in the caption of the case. Thank you for your cooperation in this matter. If you have any questions, please contact my chambers.

Djuana Jervey v. Atlantic National Trust, LLC
Civil Action No.: BPG-05-0488
December 12, 2005
Page 2


     Despite the informal nature of this letter, it will constitute an Order of the Court and will be docketed accordingly.


                      Very truly yours,

                       /s/

                      Beth P. Gesner
                      United States Magistrate Judge


cc: Judge Bennett
    Judge Gauvey